HMK/jb FS 7890

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
MAN FERROSTAAL, INC.,

                Plaintiff,                    07 CIV 6269 (PKL)(RLE)
                                                                   ECF CASE

    -against-

M/V AKILI, her engines, boilers,              **RULE 7.1 STATEMENT**
tackle, etc., AKELA NAVIGATION
CO., LTD., ALMI MARINE
MANAGEMENT SA, SM CHINA
CO., LTD.,

                Defendants.
------------------------------------------------------X

      PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK WHICH IS PUBLICLY HELD AND HEREBY SETS FORTH PLAINTIFF'S PARENT CORPORATION: MAN FERROSTAAL AG, MAN AG

Dated:    June 29, 2007

                                                    KINGSLEY, KINGSLEY & CALKINS
                                                    Attorneys for Plaintiff


                                                    BY:__/S/_____
                                                        HAROLD M. KINGSLEY
                                                        91 W. Cherry Street
                                                        Hicksville, New York 11801
                                                        (516) 931-0064