

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAN FERROSTAAL, INC.,

                Plaintiff,

-V-

M/V AKILI, her engines, boilers, tackle, etc., AKELA NAVIGATION CO., LTD., ALMI MARINE MANAGEMENT SA, SM CHINA CO., LTD.,
                Defendants.

**CERTIFICATE OF MAILING**

07 CV 6269 (PKL)

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**18TH day of July, 2007**

I served the

SUMMONS & COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**9th day of July, 2007**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

RB632894655

*J. Michael McMahon*
CLERK

Dated: New York, NY

# *Kingsley, Kingsley & Calkins*
### ATTORNEYS AT LAW
*Proctors in Admiralty*
91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

July 10, 2007

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: MAN FERROSTAAL, INC. v. M/V AKILI, et. al.



on the following defendants dure Rule 4: (f)(2)(c) (ii):

NT SA

y truly yours,