
**DeORCHIS, WIENER & PARTNERS, LLP**
61 Broadway, 26th Floor
New York, New York  10006-2802
(212) 344-4700

*Attorneys for Defendants:*
AKELA NAVIGATION CO. LIMITED, and ALMI MARINE MANAGEMENT SA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| MAN FERROSTAAL, INC.,<br><br>             Plaintiff,<br><br>                vs.<br><br>M/V AKILI, her engines, boilers, tackle, etc.,<br>AKELA NAVIGATION CO. LIMITED, ALMI MARINE MANAGEMENT SA, and SM CHINA CO., LTD.,<br><br>             Defendants. | **07 Civ. 6269 (PKL)**<br><br>DISCLOSURE OF INTERESTED PARTIES PURSUANT TO F.R.CIV.PRO. 7.1 |

------------------------------------------------------------X

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure of the United States District Courts, the undersigned counsel for Defendants AKELA NAVIGATION CO. LIMITED and ALMI MARINE MANAGEMENT SA, certifies that AKELA NAVIGATION CO. LIMITED and ALMI MARINE MANAGEMENT SA, are non-governmental corporations or other business entities which are not publicly traded.

Dated:  New York, New York
         August 30, 2007

**DeORCHIS, WIENER & PARTNERS, LLP**
Attorneys for Defendants AKELA NAVIGATION
CO. LIMITED, and ALMI MARINE
MANAGEMENT SA.


By:  /S/    **John A. Orzel**
    **John A. Orzel (JO-2420)**
    61 Broadway, 26th Floor
    New York, New York  10006-2802
    (212) 344-4700
    Our File:  730-38