USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAN FERROSTAAL, INC.,

                Plaintiff,

- against -

M/V AKILI, her engines, boilers, tackle, etc., AKELA NAVIGATION CO., LTD., ALMI MARINE MANAGEMENT SA, and SM CHINA CO. LTD.,

                Defendants.

ORDER

07 Civ. 6269 (PKL)

**LEISURE, District Judge:**

    Defendants, Akela Navigation Co., Ltd. and Almi Marine Management SA, are hereby granted leave to file a third-party complaint pursuant to Rule 14(c) of the Federal Rules of Civil Procedure.

**SO ORDERED.**
New York, New York

December 11, 2007

                                      /s/ Peter K. Leisure
                                      U.S.D.J.