ORIGINAL

DeOrchis Wiener & Partners, LLP
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700

*Attorneys for Third-Party Plaintiffs*
*AKELA NAVIGATION CO. LTD., and ALMI*
*MARINE MANAGEMENT, SA.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAN FERROSTAAL, INC.,

                    Plaintiff,

  - against -

M/V AKILI, her engines, boilers, tackle, etc.,
AKELA NAVIGATION CO. LTD., ALMI MARINE
MANAGEMENT SA, SM CHINA CO. LTD.,

                    Defendants.
------------------------------------------------------------X
------------------------------------------------------------X

AKELA NAVIGATION CO. LTD.,
ALMI MARINE MANAGEMENT SA,

                    Third Party Plaintiffs,

  - against -

SM CHINA CO. LTD.,

                  Third Party Defendant.
------------------------------------------------------------X

07 Civ. 6269 (PKL)

ORDER APPOINTING
SPECIAL PROCESS SERVER
TO SERVE *EX PARTE* ORDER OF
PROCESS
OF MARITIME ATTACHMENT

     An application having been made by counsel for Third-Party Plaintiffs for an Order

Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil

Procedure,

NOW, good cause having been shown, it is hereby

**ORDERED**, that John A. Orzel, or any partner, associate, agent or paralegal of DeOrchis, Wiener & Partners, LLP be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules and Civil Procedure upon any garnishee(s) who may hold assets for, or on account of, Third-Party Defendant, and the Order of Maritime Attachment and Information Subpoena may be served by way of facsimile transmission as provided by the *Ex Parte* Order for Process of Maritime Attachment.

Dated: New York, New York
December 12, 2007

_____
U.S.D.J.

CERTIFIED COPY
MICHAEL McMAHON, CLERK

BY _____
DEPUTY CLERK